# EXHIBIT A



The Clerk's Office will be closed on Monday, May 29th, for Memorial Day

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

 Print

## Shane J. Villarino, et al Plaintiff vs. Kenneth Joekel, et al Defendant

**Broward County Case Number:** CACE23010725
**State Reporting Number:** 062023CA010725AXXXCE
**Court Type:** Civil
**Case Type:** Other
**Incident Date:** N/A
**Filing Date:** 03/23/2023
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 08 Haimes, David A.

— Party(ies)                                                          Total: 8

∧

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Villarino, Shane J.** | | ★ Cassata, Dion J Retained Bar ID: 672564 Law Office of Dion Cassata PA Boca Crown Centre, Suite 200 7999 N Federal Hwy Boca Raton, FL 33487 **Status: Active** |
| Plaintiff | **Johnson, Laura J.** | | |
| Defendant | **Joekel, Kenneth** | | |
| Defendant | **Plotkin, Marc** | | |
| Defendant | **PACESETTER PERSONNEL SERVICE, INC.** | | ★ Tomassi, Ronald J, ESQ. Retained Bar ID: 29751 Leon Cosgrove LLP 255 Alhambra Circle Suite 800 Coral Gables, FL 33134 **Status: Active** |
| Defendant | **PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.** | | ★ Tomassi, Ronald J, ESQ. Retained Bar ID: 29751 Leon Cosgrove LLP 255 Alhambra Circle Suite 800 Coral Gables, FL 33134 **Status: Active** |

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **FLORIDA STAFFING SERVICE, INC.** | | ★ Tomassi, Ronald J, ESQ. Retained Bar ID: 29751 Leon Cosgrove LLP 255 Alhambra Circle Suite 800 Coral Gables, FL 33134 **Status: Active** |
| Defendant | **TAMPA SERVICE COMPANY, INC.** | | ★ Tomassi, Ronald J, ESQ. Retained Bar ID: 29751 Leon Cosgrove LLP 255 Alhambra Circle Suite 800 Coral Gables, FL 33134 **Status: Active** |

— Disposition(s)                                                           Total: 0

| Date | Statistical Closure(s) |
|---|---|

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|

— Collection(s)                                                            Total: 0

**There is no Collection information available for this case.**

— Event(s) & Document(s)                                                   Total: 16

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 05/18/2023 | **No Summons Issued** | Shane J Villarino and Laura J Johnson | | |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 05/17/2023 | **Notice of Appearance** | Party: *Defendant* PACESETTER PERSONNEL SERVICE, INC. *Defendant* PACESETTER PERSONNEL SERVICE OF FLORIDA, INC. *Defendant* FLORIDA STAFFING SERVICE, INC. *Defendant* TAMPA SERVICE COMPANY, INC. | 📄 | 2 |
| 05/17/2023 | **Motion for Extension of Time** | | 📄 | 3 |
| 05/02/2023 | **Summons Returned Served** | 04-28-2023 Party: *Defendant* PACESETTER PERSONNEL SERVICE, INC. | 📄 | 4 |
| 05/02/2023 | **Summons Returned Served** | 04-28-2023 Party: *Defendant* PACESETTER PERSONNEL SERVICE OF FLORIDA, INC. | 📄 | 4 |
| 05/02/2023 | **Summons Returned Served** | 04-28-2023 Party: *Defendant* FLORIDA STAFFING SERVICE, INC. | 📄 | 4 |
| 05/02/2023 | **Summons Returned Served** | 04-28-2023 Party: *Defendant* TAMPA SERVICE COMPANY, INC. | 📄 | 4 |
| 03/27/2023 | **eSummons Issuance** | KENNETH JOEKEL | 📄 | 3 |
| 03/27/2023 | **eSummons Issuance** | MARC PLOTKIN | 📄 | 3 |
| 03/27/2023 | **eSummons Issuance** | PACESETTER PERSONNEL SERVICE, INC | 📄 | 3 |
| 03/27/2023 | **eSummons Issuance** | PACESETTER PERSONNEL SERVICE OF FLORIDA, INC | 📄 | 3 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 03/27/2023 | **eSummons Issuance** | FLORIDA STAFFING SERVICE, INC |  | 3 |
| 03/27/2023 | **eSummons Issuance** | TAMPA SERVICE COMPANY, INC |  | 3 |
| 03/23/2023 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 03/23/2023 | **Civil Cover Sheet** | Amount: $100,001.00 |  | 4 |
| 03/23/2023 | **Complaint (eFiled)** | |  | 17 |

- Hearing(s)                                                    Total: 0

**There is no Disposition information available for this case.**

- Related Case(s)                                               Total: 0

**There is no related case information available for this case.**

# Brenda D. Forman

## Clerk of Court

Broward County
17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK)                    ›

 (https://www.facebook.com/browardclerkofcourts/)

# Connect with Us

COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS)           ›

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS)                                  ›

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT)    ›

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY)    ›

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS)    ›

## Accessibility & Support

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA)    &#9855;

PRINT    🖶

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/)

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/)    »

## Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) ›
*PURSUANT TO 119.12(2), F.S.*

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) ›
*PURSUANT TO RULE 2.420*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.
Instead, contact this office by phone or in writing.
© 2023 - All rights reserved

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT, IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Shane J. Villarino, Laura J. Johnson</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>Kenneth Joekel, Marc Plotkin, PACESETTER PERSONNEL SERVICE, INC., PACESETTER PERSONNEL SERVICE OF FLORIDA, INC., FLORIDA STAFFING SERVICE, INC., TAMPA SERVICE COMPANY, INC.</u>
 Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.    TYPE OF CASE       (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/23/2023 01:08:36 PM.****

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☒ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☒ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☒ No ☐

**IV.   REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.   NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  2

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☒ yes
    ☐ no

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☐ no
    ☒ yes If "yes," list all related cases by name, case number, and court.
    Villarino, et al. v. Pacesetter Pacesetter Personnel Service, Inc. et al. SDFL Case No. 20-60192

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.   DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Dion J. Cassata          Fla. Bar # 672564
        Attorney or party                 (Bar # if attorney)

Dion J. Cassata              03/23/2023

- 3 -

(type or print name)                              Date

IN THE CIRCUIT COURT OF THE
SEVENTEETH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-23-010725

SHANE VILLARINO, an individual, and
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others similarly situated,

      Plaintiffs,                                **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.;
PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.;
FLORIDA STAFFING SERVICE, INC.; and,
TAMPA SERVICE COMPANY, INC.,

      Defendants.

_____/

**SUMMONS**

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on Defendant:

**TAMPA SERVICE COMPANY, INC.**
**Registered Agent: JOSEPH M. DICKERSON, ESQ.**
**120 N. COLLINS STREET, SUITE 201**
**PLANT CITY, FL 33563**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney, to wit:

Dion Cassata, Esq.
Cassata Law, PLLC
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
(954) 364-7803  --  _dion@cassatalaw.com_

within twenty (20) days after service of the summons on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

WITNESS my hand and the Seal of Said Court           CLERK OF COURT

DATED ON: _____APR 03 2023_____           BY: _____

IMPORTANTE

Usted ha sido demadado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion apra contestat la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonic no lo protegra;si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes,intersadas en dicho caso. Si usted no contesta la demanda a tiempo. Pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, pueda usted consultar a un abogado immdiatamente. Si np conoce a un abogado, puede llamar a una de las oficinas de asistencia legla due apareecen en la guia telefonica.

Si Desea Responder a la demanda por su cuenta. Al mismo Tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominaado abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o abogado del demandante).

IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20  jours consecutifs a partie de la date de assignaion de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephine est insuffisant pour vous proteger; vous etes obligee de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votrereponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votrt argent, et vos biens peuvez etre saisis par la suit, sans aucun preavis ulterieur du Tribunal II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d' un advocat. Si vous ne connaissez pas d' avocat vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juidique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra gaalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopies de votre response ecrite au "Plaintiff/Plaintiff's Attorney (Plaignant ou a son avocat) nomme, ci-dessous.

**In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the administrative office of the Court 201 S.E. 6th Street Fort Lauderdale, Florida 33301, telephone (954) 831-7741, or 1-800-955-8770 Via Florida Relay Service.**

Dapre' ako ki fet avek Americans with Disability Act, tout moun ki ginyinyub bezween espesiyal pou akkomodasiyon pou yo patisipe nan pwogram sa-s dwe, nanyun tan rezonab avan ninpot aranjman kapab fet, yo dwe kontakte Administrative Office of the Court, ki nan nimero 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, telephone telefon na se (954) 831-7741 oubyen 1-800-955-8771 (TDD) oubyen 1-800-995-8770 (V) an pasan pa Florida Relay Service.

En accordance avec la Loi des "American with Disabilities". Les personnes en besion dune accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d' entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 le telephone (954) 831-7741 ou 1-800-955-8771 (TDD ou 1-800955-8770 (V) via Florida Relay Service.

De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particparen este procedimiento deberan, dentro de un tjempo razonable, ante de cualquier procedimiento, ponerse en contacto con la oficina Administrative de la Corte, 201 SE 6th Street, Fort Lauderdale, Florida 33301, Telefono (954) 831-7741, or 1-800-955-8771 (TDD), o' 1-800-955-8778 (V), Via Florida Relay Service.

Case 0:23-cv-61003-KMM   Document 1-3   Entered on FLSD Docket 05/26/2023   Page 15 of 50

IN THE CIRCUIT COURT OF THE
SEVENTEETH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-23-010725

SHANE VILLARINO, an individual, and
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others similarly situated,

      Plaintiffs,                                  **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.;
PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.;
FLORIDA STAFFING SERVICE, INC.; and,
TAMPA SERVICE COMPANY, INC.,

      Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action
on Defendant:

**FLORIDA STAFFING SERVICE, INC.**
**Registered Agent: JOSEPH M. DICKERSON, ESQ.**
**120 N. COLLINS STREET, SUITE 201**
**PLANT CITY, FL 33563**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney, to wit:

Dion Cassata, Esq.
Cassata Law, PLLC
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
(954) 364-7803  --  *dion@cassatalaw.com*

within twenty (20) days after service of the summons on Defendant, exclusive of the day of service, and to
file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or
immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for
the relief demanded in the Complaint.

WITNESS my hand and the Seal of Said Court           CLERK OF COURT

DATED ON: _____APR 03 2023_____          BY: _____

IMPORTANTE

Usted ha sido demadado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion apra contestat la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonic no lo protegra;si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes,intersadas en dicho caso. Si usted no contesta la demanda a tiempo. Pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, pueda usted consultar a un abogado immdiatamente. Si np conoce a un abogado, puede llamar a una de las oficinas de asistencia legla due apareecen en la guia telefonica.

Si Desea Responder a la demanda por su cuenta. Al mismo Tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominaado abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o abogado del demandante).

IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20  jours consecutifs a partie de la date de assignaion de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephine est insuffisant pour vous proteger; vous etes obligee de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votrereponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votrt argent, et vos biens peuvez etre saisis par la suit, sans aucun preavis ulterieur du Tribunal II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d' un advocat. Si vous ne connaissez pas d' avocat vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juidique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra gaalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopies de votre response ecrite au "Plaintiff/Plaintiff's Attorney (Plaignant ou a son avocat) nomme, ci-dessous.

**In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the administrative office of the Court 201 S.E. 6th Street Fort Lauderdale, Florida 33301, telephone (954) 831-7741, or 1-800-955-8770 Via Florida Relay Service.**

Dapre' ako ki fet avek Americans with Disability Act, tout moun ki ginyinyub bezween espesiyal pou akkomodasiyon pou yo patisipe nan pwogram sa-s dwe, nanyun tan rezonab avan ninpot aranjman kapab fet, yo dwe kontakte Administrative Office of the Court, ki nan nimero 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, telephone telefon na se (954) 831-7741 oubyen 1-800-955-8771 (TDD) oubyen 1-800-995-8770 (V) an pasan pa Florida Relay Service.

En accordance avec la Loi des "American with Disabilities". Les personnes en besion dune accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d' entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 le telephone (954) 831-7741 ou 1-800-955-8771 (TDD ou 1-800955-8770 (V) via Florida Relay Service.

De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particparen este procedimiento deberan, dentro de un tjempo razonable, ante de cualquier procedimiento, ponerse en contacto con la oficina Administrative de la Corte, 201 SE 6th Street, Fort Lauderdale, Florida 33301, Telefono (954) 831-7741, or 1-800-955-8771 (TDD), o' 1-800-955-8778 (V), Via Florida Relay Service.

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

IN THE CIRCUIT COURT OF THE
SEVENTEETH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-23-010725

SHANE VILLARINO, an individual, and
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others similarly situated,

      Plaintiffs,                            **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.;
PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.;
FLORIDA STAFFING SERVICE, INC.; and,
TAMPA SERVICE COMPANY, INC.,

      Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action
on Defendant:

**PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.**
**Registered Agent: JOSEPH M. DICKERSON, ESQ.**
**120 N. COLLINS STREET, SUITE 201**
**PLANT CITY, FL 33563**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney, to wit:

Dion Cassata, Esq.
Cassata Law, PLLC
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
(954) 364-7803   --   dion@cassatalaw.com

within twenty (20) days after service of the summons on Defendant, exclusive of the day of service, and to
file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or
immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for
the relief demanded in the Complaint.

WITNESS my hand and the Seal of Said Court          CLERK OF COURT

DATED ON: _____ APR 03 2023 _____      BY: _____

IMPORTANTE

Usted ha sido demadado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion apra contestat la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonic no lo protegra;si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes,intersadas en dicho caso. Si usted no contesta la demanda a tiempo. Pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, pueda usted consultar a un abogado immdiatamente. Si np conoce a un abogado, puede llamar a una de las oficinas de asistencia legla due apareecen en la guia telefonica.

Si Desea Responder a la demanda por su cuenta. Al mismo Tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominaado abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o abogado del demandante).

IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partie de la date de assignaion de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephine est insuffisant pour vous proteger; vous etes obligee de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votrereponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votrt argent, et vos biens peuvez etre saisis par la suit, sans aucun preavis ulterieur du Tribunal II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d' un advocat. Si vous ne connaissez pas d' avocat vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juidique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra gaalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopies de votre response ecrite au "Plaintiff/Plaintiff's Attorney (Plaignant ou a son avocat) nomme, ci-dessous.

**In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the administrative office of the Court 201 S.E. 6th Street Fort Lauderdale, Florida 33301, telephone (954) 831-7741, or 1-800-955-8770 Via Florida Relay Service.**

Dapre' ako ki fet avek Americans with Disability Act, tout moun ki ginyinyub bezween espesiyal pou akkomodasiyon pou yo patisipe nan pwogram sa-s dwe, nanyun tan rezonab avan ninpot aranjman kapab fet, yo dwe kontakte Administrative Office of the Court, ki nan nimero 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, telephone telefon na se (954) 831-7741 oubyen 1-800-955-8771 (TDD) oubyen 1-800-995-8770 (V) an pasan pa Florida Relay Service.

En accordance avec la Loi des "American with Disabilities". Les personnes en besion dune accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d' entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 le telephone (954) 831-7741 ou 1-800-955-8771 (TDD ou 1-800955-8770 (V) via Florida Relay Service.

De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particparen este procedimiento deberan, dentro de un tjempo razonable, ante de cualquier procedimiento, ponerse en contacto con la oficina Administrative de la Corte, 201 SE 6th Street, Fort Lauderdale, Florida 33301, Telefono (954) 831-7741, or 1-800-955-8771 (TDD), o' 1-800-955-8778 (V), Via Florida Relay Service.

IN THE CIRCUIT COURT OF THE
SEVENTEETH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-23-010725

SHANE VILLARINO, an individual, and
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others similarly situated,

      Plaintiffs,                                 **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.;
PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.;
FLORIDA STAFFING SERVICE, INC.; and,
TAMPA SERVICE COMPANY, INC.,

      Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action
on Defendant:

**PACESETTER PERSONNEL SERVICE, INC.**
**Registered Agent: JOSEPH M. DICKERSON, ESQ.**
**120 N. COLLINS STREET, SUITE 201**
**PLANT CITY, FL 33563**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney, to wit:

Dion Cassata, Esq.
Cassata Law, PLLC
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
(954) 364-7803  --  *dion@cassatalaw.com*

within twenty (20) days after service of the summons on Defendant, exclusive of the day of service, and to
file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or
immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for
the relief demanded in the Complaint.

WITNESS my hand and the Seal of Said Court          CLERK OF COURT

DATED ON: _____ APR 03 2023          BY: _____

IMPORTANTE

Usted ha sido demadado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion apra contestat la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonic no lo protegra;si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes,intersadas en dicho caso. Si usted no contesta la demanda a tiempo. Pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, pueda usted consultar a un abogado immdiatamente. Si np conoce a un abogado, puede llamar a una de las oficinas de asistencia legla due apareecen en la guia telefonica.

Si Desea Responder a la demanda por su cuenta. Al mismo Tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominaado abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o abogado del demandante).

IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20  jours consecutifs a partie de la date de assignaion de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephine est insuffisant pour vous proteger; vous etes obligee de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votrereponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votrt argent, et vos biens peuvez etre saisis par la suit, sans aucun preavis ulterieur du Tribunal II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d' un advocat. Si vous ne connaissez pas d' avocat vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juidique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra gaalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopies de votre response ecrite au "Plaintiff/Plaintiff's Attorney (Plaignant ou a son avocat) nomme, ci-dessous.

**In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the administrative office of the Court 201 S.E. 6th Street Fort Lauderdale, Florida 33301, telephone (954) 831-7741, or 1-800-955-8770 Via Florida Relay Service.**

Dapre' ako ki fet avek Americans with Disability Act, tout moun ki ginyinyub bezween espesiyal pou akkomodasiyon pou yo patisipe nan pwogram sa-s dwe, nanyun tan rezonab avan ninpot aranjman kapab fet, yo dwe kontakte Administrative Office of the Court, ki nan nimero 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, telephone telefon na se (954) 831-7741 oubyen 1-800-955-8771 (TDD) oubyen 1-800-995-8770 (V) an pasan pa Florida Relay Service.

En accordance avec la Loi des "American with Disabilities". Les personnes en besion dune accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d' entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 le telephone (954) 831-7741 ou 1-800-955-8771 (TDD ou 1-800955-8770 (V) via Florida Relay Service.

De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particparen este procedimiento deberan, dentro de un tjempo razonable, ante de cualquier procedimiento, ponerse en contacto con la oficina Administrative de la Corte, 201 SE 6th Street, Fort Lauderdale, Florida 33301, Telefono (954) 831-7741, or 1-800-955-8771 (TDD), o' 1-800-955-8778 (V), Via Florida Relay Service.

Filing # 169711611 E-Filed 03/27/2023 02:25:10 PM

IN THE CIRCUIT COURT OF THE
SEVENTEETH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-23-010725

SHANE VILLARINO, an individual, and
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others similarly situated,

      Plaintiffs,                               **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.;
PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.;
FLORIDA STAFFING SERVICE, INC.; and,
TAMPA SERVICE COMPANY, INC.,

      Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action
on Defendant:

**MARC PLOTKIN**
**3203 West Alabama Street, Houston, Texas 77098**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney, to wit:

Dion Cassata, Esq.
Cassata Law, PLLC
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
(954) 364-7803  --  *dion@cassatalaw.com*

within twenty (20) days after service of the summons on Defendant, exclusive of the day of service, and to
file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or
immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for
the relief demanded in the Complaint.

WITNESS my hand and the Seal of Said Court            CLERK OF COURT

DATED ON: _____APR 03 2023_____           BY: _____

BRENDA D. FORMAN

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/27/2023 02:25:07 PM.****

IMPORTANTE

Usted ha sido demadado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion apra contestat la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonic no lo protegra;si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes,intersadas en dicho caso. Si usted no contesta la demanda a tiempo. Pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, pueda usted consultar a un abogado immdiatamente. Si np conoce a un abogado, puede llamar a una de las oficinas de asistencia slegla due apareecen en la guia telefonica.

Si Desea Responder a la demanda por su cuenta. Al mismo Tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominaado abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o abogado del demandante).

IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partie de la date de assignaion de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephine est insuffisant pour vous proteger; vous etes obligee de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votrereponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votrt argent, et vos biens peuvez etre saisis par la suit, sans aucun preavis ulterieur du Tribunal II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d' un advocat. Si vous ne connaissez pas d' avocat vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juidique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra gaalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopies de votre response ecrite au "Plaintiff/Plaintiff's Attorney (Plaignant ou a son avocat) nomme, ci-dessous.

**In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the administrative office of the Court 201 S.E. 6th Street Fort Lauderdale, Florida 33301, telephone (954) 831-7741, or 1-800-955-8770 Via Florida Relay Service.**

Dapre' ako ki fet avek Americans with Disability Act, tout moun ki ginyinyub bezween espesiyal pou akkomodasiyon pou yo patisipe nan pwogram sa-s dwe, nanyun tan rezonab avan ninpot aranjman kapab fet, yo dwe kontakte Administrative Office of the Court, ki nan nimero 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, telephone telefon na se (954) 831-7741 oubyen 1-800-955-8771 (TDD) oubyen 1-800-995-8770 (V) an pasan pa Florida Relay Service.

En accordance avec la Loi des "American with Disabilities". Les personnes en besion dune accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d' entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 le telephone (954) 831-7741 ou 1-800-955-8771 (TDD ou 1-800955-8770 (V) via Florida Relay Service.

De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para participaren este procedimiento deberan, dentro de un tjempo razonable, ante de cualquier procedimiento, ponerse en contacto con la oficina Administrative de la Corte, 201 SE 6th Street, Fort Lauderdale, Florida 33301, Telefono (954) 831-7741, or 1-800-955-8771 (TDD), o' 1-800-955-8778 (V), Via Florida Relay Service.

IN THE CIRCUIT COURT OF THE
SEVENTEETH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.:  CACE-23-010725

SHANE VILLARINO, an individual, and
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others similarly situated,

     Plaintiffs,                     **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.;
PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.;
FLORIDA STAFFING SERVICE, INC.; and,
TAMPA SERVICE COMPANY, INC.,

     Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action
on Defendant:

**KENNETH JOEKEL**
**3203 West Alabama Street, Houston, Texas 77098**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney, to wit:

Dion Cassata, Esq.
Cassata Law, PLLC
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
(954) 364-7803  --  *dion@cassatalaw.com*

within twenty (20) days after service of the summons on Defendant, exclusive of the day of service, and to
file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or
immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for
the relief demanded in the Complaint.

WITNESS my hand and the Seal of Said Court          CLERK OF COURT

DATED ON: _____APR 03 2023_____         BY: _____

**BRENDA D. FORMAN**

IMPORTANTE

Usted ha sido demadado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion apra contestat la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonic no lo protegra;si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes,intersadas en dicho caso. Si usted no contesta la demanda a tiempo. Pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, pueda usted consultar a un abogado immdiatamente. Si np conoce a un abogado, puede llamar a una de las oficinas de asistencia legla due apareecen en la guia telefonica.

Si Desea Responder a la demanda por su cuenta. Al mismo Tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominaado abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o abogado del demandante).

IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20  jours consecutifs a partie de la date de assignaion de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephine est insuffisant pour vous proteger; vous etes obligee de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votrereponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votrt argent, et vos biens peuvez etre saisis par la suit, sans aucun preavis ulterieur du Tribunal II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d' un advocat. Si vous ne connaissez pas d' avocat vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juidique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra gaalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopies de votre response ecrite au "Plaintiff/Plaintiff's Attorney (Plaignant ou a son avocat) nomme, ci-dessous.

**In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the administrative office of the Court 201 S.E. 6th Street Fort Lauderdale, Florida 33301, telephone (954) 831-7741, or 1-800-955-8770 Via Florida Relay Service.**

Dapre' ako ki fet avek Americans with Disability Act, tout moun ki ginyinyub bezween espesiyal pou akkomodasiyon pou yo patisipe nan pwogram sa-s dwe, nanyun tan rezonab avan ninpot aranjman kapab fet, yo dwe kontakte Administrative Office of the Court, ki nan nimero 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, telephone telefon na se (954) 831-7741 oubyen 1-800-955-8771 (TDD) oubyen 1-800-995-8770 (V) an pasan pa Florida Relay Service.

2

En accordance avec la Loi des "American with Disabilities". Les personnes en besion dune accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d' entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 le telephone (954) 831-7741 ou 1-800-955-8771 (TDD ou 1-800955-8770 (V) via Florida Relay Service.

De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particparen este procedimiento deberan, dentro de un tjempo razonable, ante de cualquier procedimiento, ponerse en contacto con la oficina Administrative de la Corte, 201 SE 6th Street, Fort Lauderdale, Florida 33301, Telefono (954) 831-7741, or 1-800-955-8771 (TDD), o' 1-800-955-8778 (V), Via Florida Relay Service.

Case 0:23-cv-61003-KMM Document 1-3 Entered on FLSD Docket 05/26/2023 Page 30 of 50

# VERIFIED RETURN OF SERVICE

Job # 334652

**Client Info:**

CASSATA LAW, PLLC
DION CASSATA, ESQ.
7999 N. Federal Highway Suite 202
Boca Raton, FL 33487

**Case Info:**

| | |
|---|---|
| **Plaintiff:** | Broward County Circuit Court |
| SHANE VILLARINO, ET AL | Court Division: CIVIL |
| -versus- | County of Broward, Florida |
| **Defendant:** | Court Case # **CACE-23-010725** |
| PACESETTER PERSONNEL SERVICE, INC.; PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.; FLORIDA STAFFING SERVICE, INC.; and, TAMPA SERVICE COMPANY, INC., | |

**Service Info:**

**Date Received:** 4/21/2023 at 09:33 AM
**Service:** I Served **TAMPA SERVICE COMPANY, INC. Registered Agent: JOSEPH M. DICKERSON, ESQ.**
With: **SUMMONS TO PACESETTER PERSONNAL SERVICE OF FLORIDA, INC.; CLASS ACTION COMPLAINT**
by leaving with **Kaneron Athey, EMPLOYEE OF REGISTERED AGENT COMPANY**

At Business **120 N. COLLINS STREET, SUITE 201 PLANT CITY, FL 33563**
On **4/28/2023** at **11:45 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description: (Approx)**

Age: **30**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 6"**, Weight: **185**, Hair: **Black** Glasses: **No**

I **OLIVER ILONZO** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

**OLIVER ILONZO**
Lic # **CPS#09-665551**

**S & W Process Service**
2801 N. Florida Avenue
Tampa, FL 33602
Phone: (813) 251-9197

Our Job # **334652**




1 of 1

INITIALS: SD ID: GRS #09-9675523
DATE: 4/28/2023 TIME: 11:45 AM
MILITARY: NA
MARITAL STATUS: NA

Filing # 169711611 E-Filed 03/27/2023 02:25:10 PM

IN THE CIRCUIT COURT OF THE
SEVENTEETH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-23-010725

SHANE VILLARINO, an individual, and
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others similarly situated,

     Plaintiffs,                                  **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.;
PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.;
FLORIDA STAFFING SERVICE, INC.; and,
TAMPA SERVICE COMPANY, INC.,

     Defendants.

_____/

### SUMMONS

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on Defendant:

**TAMPA SERVICE COMPANY, INC.**
**Registered Agent: JOSEPH M. DICKERSON, ESQ.**
**120 N. COLLINS STREET, SUITE 201**
**PLANT CITY, FL 33563**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney, to wit:

Dion Cassata, Esq.
Cassata Law, PLLC
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
(954) 364-7803   --   *dion@cassatalaw.com*

within twenty (20) days after service of the summons on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

WITNESS my hand and the Seal of Said Court

                                         CLERK OF COURT

DATED ON: _____APR 03 2023_____                BY: _____

## IMPORTANTE

Usted ha sido demadado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion apra contestat la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonic no lo protegra;si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes,intersadas en dicho caso. Si usted no contesta la demanda a tiempo. Pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, pueda usted consultar a un abogado immdiatamente. Si np conoce a un abogado, puede llamar a una de las oficinas de asistencia legla due apareecen en la guia telefonica.

Si Desea Responder a la demanda por su cuenta. Al mismo Tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominaado abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o abogado del demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partie de la date de assignaion de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephine est insuffisant pour vous proteger; vous etes obligee de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votrereponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votrt argent, et vos biens peuvez etre saisis par la suit, sans aucun preavis ulterieur du Tribunal II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d' un advocat. Si vous ne connaissez pas d' avocat vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juidique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra gaalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopies de votre response ecrite au "Plaintiff/Plaintiff's Attorney (Plaignant ou a son avocat) nomme, ci-dessous.

**In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the administrative office of the Court 201 S.E. 6th Street Fort Lauderdale, Florida 33301, telephone (954) 831-7741, or 1-800-955-8770 Via Florida Relay Service.**

Dapre' ako ki fet avek Americans with Disability Act, tout moun ki ginyinyub bezween espesiyal pou akkomodasiyon pou yo patisipe nan pwogram sa-s dwe, nanyun tan rezonab avan ninpot aranjman kapab fet, yo dwe kontakte Administrative Office of the Court, ki nan nimero 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, telephone telefon na se (954) 831-7741 oubyen 1-800-955-8771 (TDD) oubyen 1-800-995-8770 (V) an pasan pa Florida Relay Service.

2

En accordance avec la Loi des "American with Disabilities". Les personnes en besion dune accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d' entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 le telephone (954) 831-7741 ou 1-800-955-8771 (TDD ou 1-800955-8770 (V) via Florida Relay Service.

De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particiaren este procedimiento deberan, dentro de un tjempo razonable, ante de cualquier procedimiento, ponerse en contacto con la oficina Administrative de la Corte, 201 SE 6th Street, Fort Lauderdale, Florida 33301, Telefono (954) 831-7741, or 1-800-955-8771 (TDD), o' 1-800-955-8778 (V), Via Florida Relay Service.

Filing # 172269459 E-Filed 05/02/2023 02:56:15 PM

# VERIFIED RETURN OF SERVICE

Job # 334653

**Client Info:**

CASSATA LAW, PLLC
DION CASSATA, ESQ.
7999 N. Federal Highway Suite 202
Boca Raton, FL  33487

**Case Info:**

| | |
|---|---|
| **Plaintiff:** | Broward County Circuit Court |
| SHANE VILLARINO, ET AL | Court Division: CIVIL |
| -versus- | County of Broward, Florida |
| **Defendant:** | Court Case # **CACE-23-010725** |
| PACESETTER PERSONNEL SERVICE, INC.; PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.; FLORIDA STAFFING SERVICE, INC.; and, TAMPA SERVICE COMPANY, INC., | |

**Service Info:**

**Date Received: 4/21/2023** at **09:35 AM**
**Service:** I Served **FLORIDA STAFFING SERVICE, INC. Registered Agent: JOSEPH M. DICKERSON, ESQ.**
With: **SUMMONS TO PACESETTER PERSONNAL SERVICE OF FLORIDA, INC.; CLASS ACTION COMPLAINT**
by leaving with **Kaneron Athey, EMPLOYEE OF REGISTERED AGENT COMPANY**

At Business **120 N. COLLINS STREET, SUITE 201 PLANT CITY, FL 33563**
On **4/28/2023** at **11:45 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:  (Approx)**

Age: **30**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 6"**, Weight: **185**, Hair: **Black** Glasses:  **No**

I **OLIVER ILONZO** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

**OLIVER ILONZO**
Lic # **CPS#09-665551**

**S & W Process Service**
2801 N. Florida Avenue
Tampa, FL 33602
Phone: (813) 251-9197

Our Job # **334653**





1 of 1

Filing # 169711611 E-Filed 03/27/2023 02:25:10 PM

INITIALS: SB ID: CBS#09 2665523
DATE: 4/28/2023 TIME: 11:45 AM
MILITARY: NA
MARITAL STATUS: NA

IN THE CIRCUIT COURT OF THE
SEVENTEETH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-23-010725

SHANE VILLARINO, an individual, and
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others similarly situated,

     Plaintiffs,                     **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.;
PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.;
FLORIDA STAFFING SERVICE, INC.; and,
TAMPA SERVICE COMPANY, INC.,

     Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on Defendant:

**FLORIDA STAFFING SERVICE, INC.**
**Registered Agent: JOSEPH M. DICKERSON, ESQ.**
**120 N. COLLINS STREET, SUITE 201**
**PLANT CITY, FL 33563**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney, to wit:

Dion Cassata, Esq.
Cassata Law, PLLC
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
(954) 364-7803  --  *dion@cassatalaw.com*

within twenty (20) days after service of the summons on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

WITNESS my hand and the Seal of Said Court          CLERK OF COURT

DATED ON: _____APR 03 2023_____         BY: _____

### IMPORTANTE

Usted ha sido demadado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion apra contestat la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonic no lo protegra;si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes,intersadas en dicho caso. Si usted no contesta la demanda a tiempo. Pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, pueda usted consultar a un abogado immdiatamente. Si np conoce a un abogado, puede llamar a una de las oficinas de asistencia legla due apareecen en la guia telefonica.

Si Desea Responder a la demanda por su cuenta. Al mismo Tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominaado abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o abogado del demandante).

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partie de la date de assignaion de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephine est insuffisant pour vous proteger; vous etes obligee de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votrereponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votrt argent, et vos biens peuvez etre saisis par la suit, sans aucun preavis ulterieur du Tribunal II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d' un advocat. Si vous ne connaissez pas d' avocat vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juidique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra gaalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopies de votre response ecrite au "Plaintiff/Plaintiff's Attorney (Plaignant ou a son avocat) nomme, ci-dessous.

**In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the administrative office of the Court 201 S.E. 6th Street Fort Lauderdale, Florida 33301, telephone (954) 831-7741, or 1-800-955-8770 Via Florida Relay Service.**

Dapre' ako ki fet avek Americans with Disability Act, tout moun ki ginyinyub bezween espesiyal pou akkomodasiyon pou yo patisipe nan pwogram sa-s dwe, nanyun tan rezonab avan ninpot aranjman kapab fet, yo dwe kontakte Administrative Office of the Court, ki nan nimero 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, telephone telefon na se (954) 831-7741 oubyen 1-800-955-8771 (TDD) oubyen 1-800-995-8770 (V) an pasan pa Florida Relay Service.

En accordance avec la Loi des "American with Disabilities". Les personnes en besion dune accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d' entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 le telephone (954) 831-7741 ou 1-800-955-8771 (TDD ou 1-800955-8770 (V) via Florida Relay Service.

De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particparen este procedimiento deberan, dentro de un tjempo razonable, ante de cualquier procedimiento, ponerse en contacto con la oficina Administrative de la Corte, 201 SE 6th Street, Fort Lauderdale, Florida 33301, Telefono (954) 831-7741, or 1-800-955-8771 (TDD), o' 1-800-955-8778 (V), Via Florida Relay Service.

Case 0:23-cv-61003-KMM   Document 1-3   Entered on FLSD Docket 05/26/2023   Page 38 of 50

# VERIFIED RETURN OF SERVICE

Job # 334640

**Client Info:**

CASSATA LAW, PLLC
DION CASSATA, ESQ.
7999 N. Federal Highway Suite 202
Boca Raton, FL  33487

**Case Info:**

| | |
|---|---|
| **Plaintiff:** | Broward County Circuit Court |
| SHANE VILLARINO, ET AL | Court Division: CIVIL |
| -versus- | County of Broward, Florida |
| **Defendant:** | Court Case # **CACE-23-010725** |
| PACESETTER PERSONNEL SERVICE, INC.; PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.; FLORIDA STAFFING SERVICE, INC.; and, TAMPA SERVICE COMPANY, INC., | |

**Service Info:**

**Date Received:** 4/20/2023 at 03:29 PM
**Service:** I Served **PACESETTER PERSONNAL SERVICE OF FLORIDA, INC. BY SERVING Joseph M. Dickerson, Esq. (Registered Agent)**
**With:** **SUMMONS TO PACESETTER PERSONNAL SERVICE OF FLORIDA, INC.; CLASS ACTION COMPLAINT**
by leaving with **Kaneron Athey, EMPLOYEE OF REGISTERED AGENT COMPANY**

**At Business 120 N. COLLINS STREET, SUITE 201 PLANT CITY, FL 33563**
On **4/28/2023** at **11:45 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:  (Approx)**

Age: **30**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **185**, Hair: **Black** Glasses:  **No**

I **OLIVER ILONZO** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

**OLIVER ILONZO**
Lic # **CPS#09-665551**

**S & W Process Service**
2801 N. Florida Avenue
Tampa, FL 33602
Phone: (813) 251-9197

Our Job # **334640**




1 of 1

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 05/02/2023 02:56:15 PM.****

Filing # 169711611 E-Filed 03/27/2023 02:25:10 PM

IN THE CIRCUIT COURT OF THE
SEVENTEETH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-23-010725

SHANE VILLARINO, an individual, and
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others similarly situated,

     Plaintiffs,                       **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.;
PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.;
FLORIDA STAFFING SERVICE, INC.; and,
TAMPA SERVICE COMPANY, INC.,

     Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on Defendant:

**PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.**
**Registered Agent: JOSEPH M. DICKERSON, ESQ.**
**120 N. COLLINS STREET, SUITE 201**
**PLANT CITY, FL 33563**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney, to wit:

Dion Cassata, Esq.
Cassata Law, PLLC
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
(954) 364-7803  --  dion@cassatalaw.com

within twenty (20) days after service of the summons on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

WITNESS my hand and the Seal of Said Court

DATED ON: _____APR 03 2023_____

CLERK OF COURT

BY: _____

IMPORTANTE

Usted ha sido demadado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion apra contestat la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonic no lo protegra;si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes,intersadas en dicho caso. Si usted no contesta la demanda a tiempo. Pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, pueda usted consultar a un abogado immdiatamente. Si np conoce a un abogado, puede llamar a una de las oficinas de asistencia legla due apareecen en la guia telefonica.

Si Desea Responder a la demanda por su cuenta. Al mismo Tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominaado abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o abogado del demandante).

IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partie de la date de assignaion de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephine est insuffisant pour vous proteger; vous etes obligee de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votrereponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votrt argent, et vos biens peuvez etre saisis par la suit, sans aucun preavis ulterieur du Tribunal II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d' un advocat. Si vous ne connaissez pas d' avocat vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juidique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra gaalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopies de votre response ecrite au "Plaintiff/Plaintiff's Attorney (Plaignant ou a son avocat) nomme, ci-dessous.

**In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the administrative office of the Court 201 S.E. 6th Street Fort Lauderdale, Florida 33301, telephone (954) 831-7741, or 1-800-955-8770 Via Florida Relay Service.**

Dapre' ako ki fet avek Americans with Disability Act, tout moun ki ginyinyub bezween espesiyal pou akkomodasiyon pou yo patisipe nan pwogram sa-s dwe, nanyun tan rezonab avan ninpot aranjman kapab fet, yo dwe kontakte Administrative Office of the Court, ki nan nimero 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, telephone telefon na se (954) 831-7741 oubyen 1-800-955-8771 (TDD) oubyen 1-800-995-8770 (V) an pasan pa Florida Relay Service.

En accordance avec la Loi des "American with Disabilities". Les personnes en besion dune accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d' entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 le telephone (954) 831-7741 ou 1-800-955-8771 (TDD ou 1-800955-8770 (V) via Florida Relay Service.

De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para participaren este procedimiento deberan, dentro de un tjempo razonable, ante de cualquier procedimiento, ponerse en contacto con la oficina Administrative de la Corte, 201 SE 6th Street, Fort Lauderdale, Florida 33301, Telefono (954) 831-7741, or 1-800-955-8771 (TDD), o' 1-800-955-8778 (V), Via Florida Relay Service.

# VERIFIED RETURN OF SERVICE

Job # 334654

**Client Info:**

CASSATA LAW, PLLC
DION CASSATA, ESQ.
7999 N. Federal Highway Suite 202
Boca Raton, FL  33487

**Case Info:**

| | |
|---|---|
| **Plaintiff:** | Broward County Circuit Court |
| SHANE VILLARINO, ET AL | Court Division: CIVIL |
| -versus- | County of Broward, Florida |
| **Defendant:** | Court Case # CACE-23-010725 |
| PACESETTER PERSONNEL SERVICE, INC.; PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.; FLORIDA STAFFING SERVICE, INC.; and, TAMPA SERVICE COMPANY, INC., | |

**Service Info:**

**Date Received: 4/21/2023** at 09:36 AM
**Service:** I Served **PACESETTER PERSONNEL SERVICE, INC. Registered Agent: JOSEPH M. DICKERSON, ESQ.**
With: **SUMMONS TO PACESETTER PERSONNAL SERVICE OF FLORIDA, INC.; CLASS ACTION COMPLAINT**
by leaving with **Kaneron Athey, EMPLOYEE OF REGISTERED AGENT COMPANY**

At Business **120 N. COLLINS STREET, SUITE 201 PLANT CITY, FL 33563**
On **4/28/2023** at **11:45 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:  (Approx)**

Age: **30**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 6"**, Weight: **185**, Hair: **Black** Glasses:  **No**

I **OLIVER ILONZO** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

**OLIVER ILONZO**
Lic # **CPS#09-665551**

**S & W Process Service**
2801 N. Florida Avenue
Tampa, FL 33602
Phone: (813) 251-9197

Our Job # **334654**





Filing # 169711611 E-Filed 03/27/2023 02:25:10 PM

INITIALS: SD ID #: CBS-09-2655523
DATE: 4/28/2023 TIME: 11:45 AM
MILITARY: NA
MARITAL STATUS: NA

IN THE CIRCUIT COURT OF THE
SEVENTEETH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-23-010725

SHANE VILLARINO, an individual, and
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.;
PACESETTER PERSONNEL SERVICE OF FLORIDA, INC.;
FLORIDA STAFFING SERVICE, INC.; and,
TAMPA SERVICE COMPANY, INC.,

     Defendants.

_____/

**CLASS REPRESENTATION**

## SUMMONS

THE STATE OF FLORIDA
To All and Singular the Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on Defendant:

**PACESETTER PERSONNEL SERVICE, INC.**
**Registered Agent: JOSEPH M. DICKERSON, ESQ.**
**120 N. COLLINS STREET, SUITE 201**
**PLANT CITY, FL 33563**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney, to wit:

Dion Cassata, Esq.
Cassata Law, PLLC
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
(954) 364-7803 -- *dion@cassatalaw.com*

within twenty (20) days after service of the summons on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

WITNESS my hand and the Seal of Said Court

DATED ON: _____ APR 03 2023 _____

CLERK OF COURT

BY: _____

BRENDA D. FORMAN

IMPORTANTE

Usted ha sido demadado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion apra contestat la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonic no lo protegra;si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes,intersadas en dicho caso. Si usted no contesta la demanda a tiempo. Pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, pueda usted consultar a un abogado immdiatamente. Si np conoce a un abogado, puede llamar a una de las oficinas de asistencia legla due apareecen en la guia telefonica.

Si Desea Responder a la demanda por su cuenta. Al mismo Tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominaado abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o abogado del demandante).

IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partie de la date de assignaion de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephine est insuffisant pour vous proteger; vous etes obligee de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votrereponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votrt argent, et vos biens peuvez etre saisis par la suit, sans aucun preavis ulterieur du Tribunal II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d' un advocat. Si vous ne connaissez pas d' avocat vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juidique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra gaalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopies de votre response ecrite au "Plaintiff/Plaintiff's Attorney (Plaignant ou a son avocat) nomme, ci-dessous.

**In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding, contact the administrative office of the Court 201 S.E. 6th Street Fort Lauderdale, Florida 33301, telephone (954) 831-7741, or 1-800-955-8770 Via Florida Relay Service.**

Dapre' ako ki fet avek Americans with Disability Act, tout moun ki ginyinyub bezwen espesiyal pou akkomodasiyon pou yo patisipe nan pwogram sa-s dwe, nanyun tan rezonab avan ninpot aranjman kapab fet, yo dwe kontakte Administrative Office of the Court, ki nan nimero 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, telephone telefon na se (954) 831-7741 oubyen 1-800-955-8771 (TDD) oubyen 1-800-995-8770 (V) an pasan pa Florida Relay Service.

En accordance avec la Loi des "American with Disabilities". Les personnes en besion dune accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d' entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 le telephone (954) 831-7741 ou 1-800-955-8771 (TDD ou 1-800955-8770 (V) via Florida Relay Service.

De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particparen este procedimiento deberan, dentro de un tjempo razonable, ante de cualquier procedimiento, ponerse en contacto con la oficina Administrative de la Corte, 201 SE 6th Street, Fort Lauderdale, Florida 33301, Telefono (954) 831-7741, or 1-800-955-8771 (TDD), o' 1-800-955-8778 (V), Via Florida Relay Service.

3

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE-23-010725

SHANE VILLARINO, an individual,
LAURA J. JOHNSON, an individual,
On behalf of themselves and all others
similarly situated,

Plaintiffs,

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.,
a Texas profit corporation;
PACESETTER PERSONNEL SERVICE OF
FLORIDA, INC., a Florida profit corporation;
FLORIDA STAFFING SERVICE, INC.,
a Florida profit corporation; and
TAMPA SERVICE COMPANY, INC.,
a Florida profit corporation, each d/b/a/
PACESETTER; PACESETTER PERSONNEL;
PACESETTER PERSONNEL SERVICE;
PACESETTER PERSONNEL SERVICES;
PACESETTER PERSONNEL SERVICES, LLC;
PPS; and/or FW SERVICES,

     Defendants.

_____/

**CLASS REPRESENTATION**

## DEFENDANTS' MOTION FOR
## EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

     Defendants Pacesetter Personnel Service, Inc., Pacesetter Personnel Service of Florida,

Inc., Florida Staffing Service, Inc., and Tampa Service Company, Inc., ("Corporate Defendants")

file this Motion for Extension of Time to Respond to Plaintiffs Shane Villarino, et. al.'s Complaint.

DE 1. In support thereof, Corporate Defendants state as follows:

1.     On April 27, 2023, Plaintiffs served Corporate Defendants with their Complaint DE 1. Accordingly, Corporate Defendants' deadline to respond to the Complaint is May 17, 2023.

2.     Due to a large number of pressing matters in other cases, as well as pre-planned work-related travel, undersigned counsel requires additional time to further analyze and fully respond to the Complaint.

3.     Corporate Defendants seek the Court's approval to respond to the Complaint up to and including June 7, 2023.

4.     This is the first requested extension.

5.     No party will be prejudiced by the relief sought herein.

6.     This motion is brought in good faith and not for any improper purpose.

WHEREFORE, Corporate Defendants Pacesetter Personnel Service, Inc., Pacesetter Personnel Service of Florida, Inc., Florida Staffing Service, Inc., and Tampa Service Company, Inc., respectfully request this Court to enter an order granting Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint up to and including June 7, 2023, and for any other and further relief the Court deems just and proper.

Dated: May 17, 2023

Respectfully submitted,

*s/ Ronald J. Tomassi, Jr.*
Ronald J. Tomassi, Jr.
Florida Bar No. 29751
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (305) 740-1975
Fascimile: (305) 351.4029
Email:  rtomassi@leoncosgrove.com
Email:  rmartinez@leoncogrove.com

*Counsel for Corporate Defendants*

CASE NO. CACE-23-010725

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 17, 2023, I electronically filed the foregoing with the

Clerk of the Court with a copy of the same to be served upon counsel via the Florida E-Filing

Portal system:

Dion J. Cassata, Esq.
**CASSATA LAW, PLLC**
Boca Crown Centre
7999 North Federal Highway, Suite 202
Boca Raton, Florida 33487
Email: dion@cassatalaw.com
Phone: 954-364-7803

Andrew R. Frisch, Esq.
**MORGAN & MORGAN, P.A.**
8151 Peters Road, 4th Floor
Plantation, FL 33324
Email: dion@cassatalaw.com
Phone: 954-967-5377

By: *s/ Ronald J. Tomassi, Jr.*
Ronald J. Tomassi, Jr.

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:  CACE23-010725

SHANE VILLARINO, an individual,
LAURA J. JOHNSON, an individual,
on behalf of themselves and all others
similarly situated,

       Plaintiffs,

v.

PACESETTER PERSONNEL SERVICE, INC.,
et al.,

       Defendants.

_____/

### NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

Please take notice that Ronald J. Tomassi, Jr. from the law firm of León Cosgrove Jiménez, LLP, appears in this case as counsel for Defendants Pacesetter Personnel Service, Inc., Pacesetter Personnel Service of Florida, Inc., Florida Staffing Service, Inc., PPS, FW Services and Tampa Service Company, Inc., and requests that copies of all pleadings, orders, and correspondence in this matter be directed to his attention. In addition, all pleadings and papers in this action shall be served by e-mail under Fla. R. Jud. Admin. 2.516 to the following:

| | Primary e-mail address | Secondary e-mail address |
|---|---|---|
| Ronald J. Tomassi, Jr. | rtomassi@leoncosgrove.com | rmartinez@leoncosgrove.com |

CASE NO.:  CACE23-010725

Dated: May 17, 2023

Respectfully submitted,

*s/ Ronald J. Tomassi, Jr.*
Ronald J. Tomassi, Jr.
Florida Bar No. 29751
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (305) 740-1975
Fascimile: (305) 351.4029
Email:  rtomassi@leoncosgrove.com
Email:  rmartinez@leoncogrove.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2023, I electronically filed the foregoing with the

Clerk of the Court with a copy of the same to be served upon counsel via the Florida E-Filing

Portal system:

Dion J. Cassata, Esq.
**CASSATA LAW, PLLC**
Boca Crown Centre
7999 North Federal Highway, Suite 202
Boca Raton, Florida 33487
Email: dion@cassatalaw.com
Phone: 954-364-7803

Andrew R. Frisch, Esq.
**MORGAN & MORGAN, P.A.**
8151 Peters Road, 4th Floor
Plantation, FL 33324
Email: dion@cassatalaw.com
Phone: 954-967-5377

By: *s/ Ronald J. Tomassi, Jr.*
Ronald J. Tomassi, Jr.