# EXHIBIT B

|  |  |
|---|---|
| SHANE VILLARINO, an individual,<br>LAURA J. JOHNSON, an individual,<br>On behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>KENNETH JOEKEL, an individual;<br>MARC PLOTKIN, an individual;<br>PACESETTER PERSONNEL SERVICE, INC.,<br>A Texas profit corporation;<br>PACESETTER PERSONNEL SERVICE OF FLORIDA, INC., a Florida profit corporation;<br>FLORIDA STAFFING SERVICE, INC.,<br>A Florida profit corporation; and<br>TAMPA SERVICE COMPANY, INC.,<br> A Florida profit corporation<br>Each d/b/a/ PACESETTER;<br>PACESETTER PERSONNEL;<br>PACESETTER PERSONNEL SERVICES;<br>PACESETTER PERSONNEL SERVICES;<br>PACESETTER PERSONNEL SERVICES, LLC;<br>PPS; and/or FW SERVICES;<br><br>          Defendants.<br>_____/ | IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA<br><br>CASE NO. CACE-23-010725<br><br>**CLASS REPRESENTATION** |

**CORPORATE DEFENDANT'S NOTICE TO THE CIRCUIT COURT**
**OF FILING NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d) Defendants Pacesetter Personnel Service, Inc., Pacesetter Personnel Service of Florida, Inc., Florida Staffing Service, Inc., and Tampa Service Company, Inc. (collectively, "Corporate Defendants") hereby give notice of having filed in the District Court of the United States District Court for the Southern District of Florida its notice of removal of this action, Case No. CACE-23-010725, pending in the Circuit Court of the Seventeenth Judicial

CASE NO. CACE-23-010725

Circuit in and for Broward County, Florida. A copy of Defendant's notice of removal, without its exhibits, is attached.

Dated: May 26, 2023

Respectfully submitted,

By: *s/ Ronald J. Tomassi, Jr.*
Derek E. León, Esq.
Florida Bar No. 625507
Ronald J. Tomassi, Jr.
 Florida Bar No. 29751
**LEÓN COSGROVE JIMÉNEZ LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone:  305.740.1975
Email: dleon@leoncosgrove.com
Email: rtomassi@leoncosgrove.com
Email: eperez@leoncosgrove.com
Email: rmartinez@leoncosgrove.com

*Counsel for Corporate Defendants*

CASE NO. CACE-23-010725

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2023, the forgoing was electronically filed with the Clerk of the Courts using the Florida Courts E-Filing Portal, which will send a notice of electronic filing.

| | |
|---|---|
| Dion J. Cassata, Esq.<br>**CASSATA LAW, PLLC**<br>Boca Crown Centre<br>7999 North Federal Highway, Suite 202<br>Boca Raton, Florida 33487<br>Email: dion@cassatalaw.com<br>Phone: 954-364-7803 | Andrew R. Frisch, Esq.<br>**MORGAN & MORGAN, P.A.**<br>8151 Peters Road, 4th Floor<br>Plantation, FL 33324<br>Email: dion@cassatalaw.com<br>Phone: 954-967-5377 |

By: */s/Ronald J. Tomassi, Jr.*
Ronald J. Tomassi, Jr.