## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:23-cv-61003-KMM

SHANE VILLARINO, an individual,
LAURA J. JOHNSON, an individual,
On behalf of themselves and all others similarly situated,

      Plaintiffs,                              **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.,
A Texas profit corporation;
PACESETTER PERSONNEL SERVICE OF
FLORIDA, INC., a Florida profit corporation;
FLORIDA STAFFING SERVICE, INC.,
A Florida profit corporation; and
TAMPA SERVICE COMPANY, INC.,
 A Florida profit corporation, each d/b/a PACESETTER;
PACESETTER PERSONNEL;
PACESETTER PERSONNEL SERVICE;
PACESETTER PERSONNEL SERVICES;
PACESETTER PERSONNEL SERVICES, LLC;
PPS; and/or FW SERVICES;

      Defendants.

_____/

### INDIVIDUAL DEFENDANTS' UNOPPOSED MOTION FOR
### EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (D.E. 1)

      Kenneth Joekel and Marc Plotkin ("Individual Defendants") file this Motion for Extension of Time to Respond to Plaintiff Shane Villarino, et. al.'s Complaint (D.E. 1).[1] In support thereof, Individual Defendants state the following:

---

[1] In filing this Motion for Extension, Individual Defendants do not consent to a general appearance before this Court or waive any arguments they may have regarding this Court's personal jurisdiction over Individual Defendants.

1.      On June 26, 2023, Plaintiffs served Marc Plotkin with their Complaint. [D.E. 1.] Accordingly, Marc Plotkin's deadline to respond to the Complaint is July 17, 2023. On June 28, 2023, Plaintiffs served Kenneth Joekel with their Complaint. *Id*. Kenneth Joekel's deadline to respond is July 20, 2023.

2.      Due to a large number of pressing matters in other cases, as well as pre-planned work-related travel, undersigned counsel requires additional time to further analyze and fully respond to the Complaint.

3.      Individual Defendants seek the Court's approval to respond to the Complaint up to and including July 27, 2023.

4.      This is the first requested extension.

5.      No party will be prejudiced by the relief sought herein.

6.      This motion is brought in good faith and not for any improper purpose.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendants, Caroline Gorman, certifies that she conferred with Plaintiffs' counsel, who indicated that Plaintiffs do not oppose the relief requested in this Motion.

WHEREFORE, Individual Defendants Kenneth Joekel and Marc Plotkin respectfully request this Court to enter an order granting Individual Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint up to and including July 27, 2023, and for any other and further relief the Court deems just and proper.

Dated: July 14, 2023

Respectfully submitted,

By: s/ *Ronald J. Tomassi, Jr.*
Derek E. León, Esq.
 Florida Bar No. 625507
Ronald J. Tomassi, Jr.
 Florida Bar No. 29751
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, Suite 800
Miami, Florida 33134
Telephone:  305.740.1975
Email: dleon@leoncosgrove.com
Email: rtomassi@leoncosgrove.com
Email: eperez@leoncosgrove.com
Email: rmartinez@leoncosgrove.com

*Counsel for Individual Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 14, 2023, I electronically filed the foregoing with the

Clerk of the Court with a copy of the same to be served upon counsel via the CM/ECF system:

Dion J. Cassata, Esq.
**CASSATA LAW, PLLC**
Boca Crown Centre
7999 North Federal Highway, Suite 202
Boca Raton, Florida 33487
Email: dion@cassatalaw.com
Phone: 954-364-7803

Andrew R. Frisch, Esq.
**MORGAN & MORGAN, P.A.**
8151 Peters Road, 4th Floor
Plantation, FL 33324
Email: afrisch@forthepeople.com
Phone: 954-WORKERS

By: *s/ Ronald J. Tomassi, Jr.*
Ronald J. Tomassi, Jr.