# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-61003-KMM

SHANE VILLARINO, an individual,
LAURA J. JOHNSON, an individual,
On behalf of themselves and all others similarly situated,

    Plaintiffs,                                **CLASS REPRESENTATION**

v.

KENNETH JOEKEL, an individual;
MARC PLOTKIN, an individual;
PACESETTER PERSONNEL SERVICE, INC.,
A Texas profit corporation;
PACESETTER PERSONNEL SERVICE OF
FLORIDA, INC., a Florida profit corporation;
FLORIDA STAFFING SERVICE, INC.,
A Florida profit corporation; and
TAMPA SERVICE COMPANY, INC.,
 A Florida profit corporation, each d/b/a PACESETTER;
PACESETTER PERSONNEL;
PACESETTER PERSONNEL SERVICE;
PACESETTER PERSONNEL SERVICES;
PACESETTER PERSONNEL SERVICES, LLC;
PPS; and/or FW SERVICES;

    Defendants.
_____/

## NOTICE OF APPEARANCE OF DEREK E. LEÓN

PLEASE TAKE NOTICE that Derek E. León of the law firm of Leon Cosgrove Jiménez, LLP appears in this case as counsel for Defendants Kenneth Joekel and Marc Plotkin, and requests that all pleadings, papers, orders, correspondence, and other materials be directed to his attention at the address listed below and the following email address: dleon@leoncosgrove.com.

Dated: July 14, 2023                           Respectfully submitted,

                                                               By: s/ *Derek E. León*
                                                               Derek E. León, Esq.
                                                               Florida Bar No. 625507
                                                               Ronald J. Tomassi, Jr.
                                                              Florida Bar No. 29751
                                                              **LEÓN COSGROVE JIMÉNEZ, LLP**
                                                               255 Alhambra Circle, Suite 800
                                                               Miami, Florida 33134
                                                               Telephone:  305.740.1975
                                                               Email: dleon@leoncosgrove.com
                                                              Email: rtomassi@leoncosgrove.com
                                                              Email: eperez@leoncosgrove.com
                                                              Email: rmartinez@leoncosgrove.com

                                                             *Counsel for Individual Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 14, 2023, I electronically filed the foregoing with the Clerk of the Court with a copy of the same to be served upon counsel via the CM/ECF system:

| | |
|---|---|
| Dion J. Cassata, Esq.<br>**CASSATA LAW, PLLC**<br>Boca Crown Centre<br>7999 North Federal Highway, Suite 202<br>Boca Raton, Florida 33487<br>Email: dion@cassatalaw.com<br>Phone: 954-364-7803 | Andrew R. Frisch, Esq.<br>**MORGAN & MORGAN, P.A.**<br>8151 Peters Road, 4th Floor<br>Plantation, FL 33324<br>Email: afrisch@forthepeople.com<br>Phone: 954-WORKERS |

By: *s/ Derek E. León*
      Derek E. León